**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2348**

WANDA HUNT,

            Plaintiff – Appellant,

        v.

GREENVILLE   COUNTY,   SOUTH   CAROLINA;   WOMBLE,   CARLYLE,
SANDRIDGE AND RICE; GREENVILLE COUNTY, Sheriff's Department,

            Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry F. Floyd, District Judge.
(6:08-cv-00857-HFF)

Submitted:  April 16, 2009        Decided:  April 20, 2009

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wanda Hunt, Appellant Pro Se.  Christopher R. Antley, DEVLIN &
PARKINSON, PA, Greenville, South Carolina; Michael J. Bogle,
Samuel W. Outten, WOMBLE, CARLYLE, SANDRIDGE & RICE, Greenville,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Hunt appeals the district court's order accepting the recommendations of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Hunt v. Greenville County, No. 6:08-cv-857-HFF (D.S.C. Nov. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2